AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  3/2/2007 | |
| NAME OF SERVER *(PRINT)*  **Michael Maggio** | TITLE  **Attorney** | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

☒  Other (specify):  **Via U.S. mail, first class, postage pre-paid, return receipt requested**

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/2/2007 _____     _____
              Date                          *Signature of Server*
                                            **MAGGIO & KATTAR**
                                            **11 Dupont Circle NW**
                                            **Suite 775**
                                            **Washington DC 20036**
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNIVERSITY OF NEBRASKA - LINCOLN

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF
EMILIO T. GONZALEZ
F. GERARD HEINAUER

CASE NUMBER  1:07CV00421

JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 03/02/2007

TO: (Name and address of Defendant)

Jeffrey Taylor
U.S. Attorney for the District of Columbia
555 4th Street NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Maggio
Thomas K. Ragland
Maggio & Kattar, P.C.
11 Dupont Circle, NW  Suite 775
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAR 02 2007

CLERK                                                        DATE

(By) DEPUTY CLERK

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emmitt Parker_  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to: | B. Received by ( *Printed Name* )  C. Date of Delivery<br>MAR 0 5 /07 |
| Jeffrey Taylor<br>U.S. Attorney for the District of Columbia<br>55 4th Street NW<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0002 6165 9490 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |