UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF NEBRASKA - LINCOLN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary United States ) <br> Department of Homeland Security, <u>et al.</u> ) <br> ) <br> Defendants. ) <br> ) | No. 1:07cv00421 (RJL) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Michael Chertoff, Secretary, United States Department of Homeland Security, Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, and F. Gerard Heinauer, Director, United States Citizenship and Immigration Services Nebraska Service Center (collectively "Defendants"), through undersigned counsel, hereby request that the Court grant Defendants a 14-day enlargement of time to respond to Plaintiff's complaint, making Defendants' response to Plaintiff's complaint due May 18, 2007. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff consents to the requested extension of time.

In support of this consent motion for an extension of time, Defendants state as follows:

Plaintiff initiated this mandamus action on March 2, 2007. The United States Attorney's Office was served with a copy of Plaintiff's complaint on March 5, 2007, making May 4, 2007 the current deadline for Defendants to submit an Answer or otherwise respond to Plaintiff's

complaint.

To prepare Defendants' Answer or other responsive pleading, counsel for Defendants must consult with agency counsel regarding the factual allegations in Plaintiff's complaint and the laws that govern Plaintiff's claims. Counsel for Defendants has made a good faith effort to complete those tasks before the May 4, 2007 deadline for submitting a responsive pleading. However, in light of recent factual developments, Defendants will need additional time to determine how to respond to Plaintiff's complaint, and to prepare their Answer or other responsive pleading.

The requested extension of time also will allow undersigned counsel time to honor commitments in other cases, including a May 3, 2007 deadline for opposing a motion for reconsideration, a May 4, 2007 deadline for submitting a summary judgment brief, and a May 7, 2007 deadline for submitting a reply brief.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. Granting this extension would not affect any pending deadlines or scheduled hearings. The extension will cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Consent Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint. A proposed order is included herewith.

Dated: May 2, 2007				Respectfully submitted,

					/s/
					JEFFREY A. TAYLOR, D.C. BAR # 498610
					United States Attorney


					/s/
					RUDOLPH CONTRERAS, D.C. BAR #434122
					Assistant United States Attorney


					/s/ Robin M. Meriweather
					ROBIN M. MERIWEATHER, D.C. Bar. # 490114
					Assistant United States Attorney
					555 Fourth St., N.W.
					Washington, D.C. 20530
					Phone: (202) 514-7198
					Fax: (202) 514-8780
					Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2007, I caused the foregoing Motion to be served upon plaintiff *via* the Court's ECF system or, should I receive notice from the Court that service by ECF failed, by first class mail, postage prepaid, addressed to:

Michael Maggio
Thomas K. Ragland
Maggio & Kattar
11 Dupont Circle, NW Suite 775

                                                /s/ Robin M. Meriweather
                                    Robin M. Meriweather, DC Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF NEBRASKA - LINCOLN ) | |
| ) | No. 1:07cv00421 (RJL) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary United States ) | |
| Department of Homeland Security, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time To File Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time To File Answer or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED,

it is further ORDERED that Defendants shall file an Answer or otherwise respond to Plaintiff's complaint on or before May 18, 2007.

SO ORDERED.

_____
United States District Judge