UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF NEBRASKA - LINCOLN<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, United States Department of Homeland Security, et al.<br><br>Defendants. | No. 1:07cv00421 (RJL) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, Plaintiff University of Nebraska-Lincoln and Defendants Michael Chertoff, Secretary, United States Department of Homeland Security, Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, and F. Gerard Heinauer, Director, United States Citizenship and Immigration Services Nebraska Service Center, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

_____
MICHAEL MAGGIO
THOMAS K. RAGLAND
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
Washington, DC 20036
Phone: (202) 483-0053
Fax: (202) 483-6801

*Counsel for Plaintiff*

Dated: May 14, 2007

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____
ROBIN M. MERIWEATHER
D.C. Bar # 490114
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7198; Fax (202) 514-8780
Robin.Meriweather2@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNIVERSITY OF NEBRASKA - LINCOLN ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, United States ) <br> Department of Homeland Security, et al. ) <br> ) <br> Defendants. ) <br> ) | No. 1:07cv00421 (RJL) |

### ORDER

Upon consideration of the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), it is this _____ day of _____, 2007,

ORDERED that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE,

and it is further ORDERED that each side shall bear its own costs and fees.

SO ORDERED.

_____
United States District Judge